No. 12–5983. RODRIGUEZ-JIMENEZ *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 12–5986. KEENEY *v.* BALLARD, WARDEN. C. A. 4th Cir. Certiorari denied. 

No. 12–5994. ADDERLY *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 12–5995. BARNEY *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 12–5996. BRADFORD *v.* RIVERA, WARDEN. C. A. 4th Cir. Certiorari denied. 

No. 12–6002. RUIZ-ZARATE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 12–6003. FUENTES *v.* LEMPKE, SUPERINTENDENT, FIVE POINTS CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 12–6004. ALSTON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 12–6007. ROACH *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 12–6008. TAYLOR *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–6010. BAHENA-CARRENO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 12–6012. GILL *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 12–6013. HERNANDEZ *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 12–6015. GARCIA-RIOS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.